UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JACQUELINE HUARTE,

      Plaintiff,

v.                                Case No:  2:20-cv-793-JLB-MRM

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____

## **ORDER**

The Magistrate Judge entered a Report and Recommendation, recommending that the final decision of the Commissioner of the Social Security Administration denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income be reversed and this matter remanded.   (Doc. 19.) No party has objected and the time to do so has expired.[1]   A district judge may accept, reject, or modify a magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1).   The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."   Id.   Here, after an independent review of the record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

---

[1] The Commissioner's objection was due on July 25, 2022.   (Docs. 20, 21.) As of this Order, no such objection has been filed.

Accordingly, it is **ORDERED**:

1.   The Report and Recommendation (Doc. 19) is **ADOPTED** and made part of this Order for all purposes.

2.   The decision of the Commissioner is **REVERSED** and this matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.   On remand, the Commissions is instructed to:

> Re-evaluate whether work exists in significant numbers that Plaintiff can perform in light of her [Residual Functional Capacity], specifically considering the correct [Dictionary of Occupational Titles] for each position.

3.   Plaintiff is instructed that any application for fees, costs, or expenses must comply with the Court's Standing Order on Management of Social Security Cases, In re Administrative Orders of the Chief Judge, No. 3:21-mc-1-TJC (M.D. Fla. Dec. 7, 2021) ECF 43.

4.   The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**ORDERED** at Fort Myers, Florida, on July 27, 2022.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE